UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAVALIER D. KNIGHT,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>NEW YORK CITY, *et al.*,<br><br>　　　　　　　　Defendants. | 22-CV-3215 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

　　The order directing Plaintiff to either pay the fees or submit an IFP application is VACATED. (ECF 5.) Plaintiff consents to electronic service. (ECF 4.)

SO ORDERED.

Dated:　May 4, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge