```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAVALIER D. KNIGHT,

                      Plaintiff,

-against-

CITY OF NEW YORK; CITY OF NEW YORK POLICE DEPARTMENT COMMISSIONER KEECHANT L. SEWELL,

                      Defendants.

22-CV-3215 (VEC)

ORDER OF SERVICE

VALERIE CAPRONI, United States District Judge:

    Plaintiff paid the fees to commence this *pro se* action. The Clerk of Court is directed to issue summonses as to Defendants City of New York and New York City Police Department Commissioner Keechant L. Sewell. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    Plaintiff moved for permission to participate in electronic case filing, but did not indicate that he completed the required CM/ECF introduction course. (ECF 2 ¶ 2.) Accordingly, the motion is denied without prejudice to renewal at a later date.

SO ORDERED.

Dated:  May 6, 2022
            New York, New York

                                                                  _____
                                                                  VALERIE CAPRONI
                                                            United States District Judge