UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAVALIER KNIGHT,

                          Plaintiff,                    22-CV-03215 (LGS)

      -against-                    **ORDER SCHEDULING CONFERENCE**

THE CITY OF NEW YORK, and KEECHANT L.
SEWELL, in her official capacity as Commissioner
of the New York City Police Department and the
statutory handgun licensing officer for the City,

                         Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The conference previously scheduled for **Thursday, November 17, 2022, at 11:00 a.m.**, in Courtroom 17-A, has been changed to a telephonic conference. Parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335]**.

      **SO ORDERED.**

DATED:    New York, New York
               November 17, 2022

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge