UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAVALIER KNIGHT,

                Plaintiff,                22-CV-03215 (VEC) (VF)

      -against-                          **ORDER**

THE CITY OF NEW YORK, and KEECHANT L.
SEWELL, in her official capacity as Commissioner
of the New York City Police Department and the
statutory handgun licensing officer for the City,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       For the reasons stated at the conference held before this Court on Friday, January 6, 2023, Plaintiff's TRO application (ECF No. 50) filed in this action is **DENIED**.

       **SO ORDERED.**

DATED:    New York, New York
              January 11, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge