

| Hon. Sylvia O. Hinds-Radix<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Thomas J. Rizzuti<br>Senior Counsel<br>Administrative Law Division<br>Telephone:  (212) 356-2325<br>Facsimile:  (212) 356-2059<br>TRizzuti@law.nyc.gov |

February 2, 2023

**BY ECF**
Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

> Application Granted
>
> *Valerie Figueredo, U.S.M.J.*
> DATED: 2-3-2023
>
> Defendants' deadline to respond to the Second Amended Complaint is extended to March 12, 2023. The Clerk of Court is directed to terminate the motion at ECF No. 63.

Re:   Knight v. City of N.Y.,
       Ind. No. 22-cv-3215 (VEC) (VF)

Dear Judge Figueredo:

      I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, counsel for Defendants City of New York ("the City") and Keechant L. Sewell, in her capacity as Commissioner of the NYPD, in the above-referenced action.  I submit this letter to request that Defendants' time to respond to the Second Amended Complaint ("SAC") be extended from February 15, 2023 to **March 12, 2023**.

      This request is Defendants' first request for an extension of time to respond to the SAC.  Plaintiff objects to Defendants' request.  Defendants request this extension because the undersigned will be leaving the Law Department for another job, and as such a new attorney will need to be assigned to defend this case.  Moreover, the office believes that much of the SAC is dismissable for failure to state a cause of action under the Second Amendment, and the office anticipates filing a motion to dismiss the SAC by the requested extension date of March 12, 2023.

Respectfully submitted,

*Thomas J. Rizzuti /s/*

Thomas J. Rizzuti
Senior Counsel

cc:   Cavalier D. Knight (via ECF)