UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAVALIER KNIGHT,

                                    Plaintiff,                    22-CV-03215 (VEC) (VF)

                    -against-                                    **ORDER**

THE CITY OF NEW YORK, and KEECHANT L.
SEWELL, in her official capacity as Commissioner
of the New York City Police Department and the
statutory handgun licensing officer for the City,

                                    Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As stated at the telephonic conference held before this Court on April 11, 2023, Plaintiff

has agreed to withdraw his submission at ECF No. 75 (styled as a "Letter Motion for Summary

Judgment"), and instead will submit an opposition to Defendants' motion to dismiss (ECF Nos.

73-74) by **April 18, 2023**. Any reply by Defendants is due no later than **April 25, 2023**.

      **SO ORDERED.**

DATED:    New York, New York
          April 11, 2023

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge