UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAVALIER D. KNIGHT,

                Plaintiff,                  22 **CIVIL** 3215 (VEC)

    -against-                   **JUDGMENT**

CITY OF NEW YORK; EDWARD CABAN,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 13, 2024, the Court has adopted Part I of the R&R at docket entry 90 that discusses Mr. Knight's lack of standing; Defendants' motion to dismiss is GRANTED, and Plaintiff's claims are dismissed for lack of standing; accordingly, the case is closed.

**Dated:**  New York, New York

     March 13, 2024

                                         **RUBY J. KRAJICK**
                                             **Clerk of Court**
                 **BY:**     *K. Mango*
                                              **Deputy Clerk**